**Motion Granted; Opinion and Judgement filed November 10, 2020 withdrawn and vacated; Order filed January 14, 2021.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00657-CV

———————

**ALBERT ORTIZ, Appellant**

**V.**

**NATIONAL CITY HOME LOAN SERVICES, INC. D/B/A FIRST FRANKLIN LOAN SERVICES; AND NATIONAL CITY BANK OF INDIANA, Appellees**

---

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2006-61178**

---

## ORDER

On November 10, 2020, this court issued an opinion dismissing this appeal. On November 30, 2020, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed November 10, 2020 is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

The appellant's brief is due **February 16, 2021**.



PER CURIAM

Panel Consists of Chief Justice Christopher and Justices and Wise and Hassan.